UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHUNLAN SUN,

                Plaintiff,

    - against -

U.S. DEPARTMENT OF HOMELAND SECURITY,

                Defendant.

22-cv-6462 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time to respond to the complaint is extended to _11/4/22_. If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by _11/18/22_. If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

    The conference scheduled for October 4, 2022 is **canceled**.

SO ORDERED.

Dated:    New York, New York
          September 27, 2022

                                            _____
                                            John G. Koeltl
                                          United States District Judge